174 So. 901

**Buddie HUNTER v. STATE.**

**5 Div. 32.**

Court of Appeals of Alabama.

April 20, 1937.

SAMFORD, Judge.

Affirmed.

167 So. 920

**Harry HURST v. STATE.**

**8 Div. 342.**

Court of Appeals of Alabama.

March 24, 1936.

BRICKEN, Presiding Judge.

Affirmed.

170 So. 920

**Oscar HURT v. STATE.**

**7 Div. 233.**

Court of Appeals of Alabama.

Nov. 3, 1936.

'SAMFORD, Judge.

Affirmed.

167 So. 920

**Eugene HUSSEY v. STATE.**

**4 Div. 241.**

Court of Appeals of Alabama.

April 7, 1936.

RICE, Judge.

Affirmed.

165 So. 918

**Dock HYDER v. CITY OF HUNTSVILLE.**

**8 Div. 203.**

Court of Appeals of Alabama.

Feb. 18, 1936.

SAMFORD, Judge.

Affirmed.

168 So. 905

**B. B. INGRAM v. STATE.**

**6 Div. 931.**

Court of Appeals of Alabama.

May 12, 1936.

BRICKEN, Presiding Judge.

Appeal dismissed.

173 So. 920

**Fred INGRAM v. STATE.**

**8 Div. 404.**

Court of Appeals of Alabama.

Feb. 2, 1937.

Fred S. Parnell, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

164 So. 919

**A. Elihu JACKSON v. STATE.**

**6 Div. 827.**

Court of Appeals of Alabama.

Nov. 19, 1935.

SAMFORD, Judge.

Appeal dismissed by appellant.